**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

The State, Respondent,

v.

Justin Darnell Reynolds, Appellant.

Appellate Case No. 2013-002637

―――――――――

Appeal From Spartanburg County
Roger L. Couch, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2015-UP-080
Submitted December 1, 2014 – Filed February 25, 2015

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender Robert M. Pachak, of Columbia; and
Justin Darnell Reynolds, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.